MARQUIS & AURBACH
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
JOSHUA L. BENSON, ESQ.
Nevada Bar No. 10514
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@marquisaurbach.com
jbenson@marquisaurbach.com
   Attorneys for Defendants LVMPD, Eager & Frederick

UNITED STATES DISTRICT COURT

STATE OF NEVADA

| | |
|---|---|
| JOYCE ZAIC,<br><br>               Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the STATE OF NEVADA; DANIELLE PIEPER, individually; B. EAGER, P#6189, individually and in his official capacity as a police officer; T. FREDERICK, P#9793, individually and in his official capacity as a police officer; SUNRISE MOUNTAIN VIEW HOSPITAL, INC.; NEAL, a security guard for MOUNTAIN VIEW HOSPITAL; CHRISTOPHER SIMMS, security guard for MOUNTAIN VIEW HOSPITAL; JOHN DOES I through X and ROE INSTITUTIONS I through X, inclusive,<br><br>               Defendants. | Case No: |

<u>**DEFENDANTS LAS VEGAS METROPOLITAN POLICE DEPARTMENT, B. EAGER AND T. FREDERICK'S NOTICE OF REMOVAL**</u>

TO:    THE UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

       Petitioners, Las Vegas Metropolitan Police Department, B. Eager and T. Frederick ("LVMPD Defendants"), by and through their attorneys of record, the law firm of Marquis & Aurbach, notices the removal of this action from the Eighth Judicial District Court of the State of Nevada to the United States District Court for the District of Nevada and, in support thereof, states as follows:

/ / /

1. The LVMPD Defendants are named in the above-entitled action commenced in the Eighth Judicial District Court, in and for the County of Clark, Case No. A-10-612353, Department No. XXIV and now pending in that Court.

2. Service of the Second Amended Complaint was made on the LVMPD Defendants on or about October 5, 2010. Copies of the Acceptance of Service and Second Amended Complaint are attached hereto as **Exhibits A & B**.

3. No further proceedings have been had in this matter in the Eighth Judicial District Court, State of Nevada.

4. The Second Amended Complaint alleges the LVMPD Defendants violated Plaintiff's civil rights pursuant to the Fourth and Fourteenth Amendments. Presumably, Plaintiff is alleging the civil rights violations occurred pursuant to 42 U.S.C. §1983. (See Second Amend. Compl. at ¶34.)

5. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331 in that it is an action arising under 42 U.S.C. § 1981. Pursuant to 28 U.S.C. §1441, the LVMPD Defendants are therefore entitled to remove this action to this court.

6. Thirty days have not elapsed since the LVMPD Defendants were served with the Second Amended Complaint in this action. Copies of the Acceptance of Service and Second Amended Complaint are attached hereto as Exhibit A and B, constituting all of the papers and pleadings served on the LVMPD Defendants.

7. All named Defendants seek removal in this matter.

8. A true and correct copy of this Notice of Removal is being filed this date with the Clerk of the Eighth Judicial District Court of Nevada.

///
///
///
///
///

M&A:05166-451 1049535_1.DOC 10/12/2010 3:36 PM

9. Based on the foregoing, the LVMPD Defendants remove the action now pending in the Eighth Judicial Court of Nevada, in and for the County of Clark, as Case No. A-10-612353, to this Court.

Dated this 18th day of October, 2010.

MARQUIS & AURBACH

By _____
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
Joshua L. Benson, Esq.
Nevada Bar No. 10514
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants LVMPD, Eager & Frederick

## CERTIFICATE OF MAILING

I hereby certify that on the ___19th___ day of October, 2010, I served a copy of the foregoing ***DEFENDANTS LAS VEGAS METROPOLITAN POLICE DEPARTMENT, B. EAGER AND T. FREDERICK'S NOTICE OF REMOVAL*** upon each of the parties by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

Cal J. Potter, III, Esq.
John C. Funk, Esq.
Potter Law Offices
1125 Shadow Lane
Las Vegas, Nevada 89102
*Attorney for Plaintiff*

Richard Tanasi, Esq.
Christiansen Law Offices, LLC
9910 W. Cheyenne Ave., Ste. 110
Las Vegas, Nevada 89129
*Attorneys for Defendant Pieper*

Michael E. Prangle, Esq.
Hall, Prangle & Schoonveld, LLC
777 Rainbow Blvd., Ste. 225
Las Vegas, Nevada 89107
*Attorneys for Defendant Sunrise Hospital*

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

_____
Gaby Chavez, an employee of Marquis & Aurbach