# EXHIBIT A

Electronically Filed
10/06/2010 03:31:17 PM

CLERK OF THE COURT

1  ACSR
   CAL J. POTTER, III, ESQ.
2  Nevada Bar No. 1988
   JOHN C. FUNK, ESQ.
3  Nevada Bar No. 9255
   POTTER LAW OFFICES
4  1125 Shadow Lane
   Las Vegas, Nevada 89102
5  Ph: (702) 385-1954
   Fax: (702) 385-9081
6  *Attorneys for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

❖❖❖

| | |
|---|---|
| JOYCE ZAIC, | CASE NO.: A-10-312353 |
| Plaintiff, | DEPT. NO.: XXIV |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT a political subdivision of the STATE OF NEVADA; DANIELLE PIEPER, individually; B. EAGER, P#6189, individually and in his official capacity as a police officer; T. FREDERICK, P#9793, individually and in his official capacity as a police officer; SUNRISE MOUNTAINVIEW HOSPITAL, INC.; NEAL, security guard for MOUNTAIN VIEW HOSPITAL; CHRISTOPHER SIMMS, security guard for MOUNTAIN VIEW HOSPITAL; JOHN DOES I through X, and ROE CORPORATIONS I through X, inclusive; | **ACCEPTANCE OF SERVICE OF SECOND AMENDED COMPLAINT ON BEHALF OF LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFFICER B. EAGER, and OFFICER T. FREDERICK** |
| Defendants. | |

CRAIG R. ANDERSON, ESQ. of MARQUIS AND AURBACH does hereby accept service of the Second Amended Complaint, attached hereto, on behalf of Defendants LAS VEGAS

/ / /

/ / /

/ / /

/ / /

1

1  METROPOLITAN POLICE DEPARTMENT, OFFICER B. EAGER, and OFFICER T.
2  FREDERICK.

3  DATED this 5th day of October, 2010.

MARQUIS & AURBACH

By_____
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants LVMPD, Offcr. Eager, & Offcr. Frederick*

Submitted By
POTTER LAW OFFICES

By_____
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
1125 Shadow Lane
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that pursuant to the Amended EDCR 7.26 and to NRCP5(b) on the 14th day of October, 2010, I did serve at Las Vegas, Nevada a true and correct copy of **ACCEPTANCE OF SERVICE OF AMENDED COMPLAINT ON BEHALF OF LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFFICER B. EAGER, and OFFICER T. FREDERICK**, on all parties to this action by:

☐ Facsimile
☒ U.S. Mail
☐ Hand Delivery

Addressed as follows:

Richard E. Tanasi, Esq.
CHRISTIANSEN LAW OFFICES
9910 West Cheyenne Avenue, Suite 110
Las Vegas, NV 89129
Ph: (702) 240-7979
Fax: (702) 658-3848
*Attorney for Defendant Danielle Pieper*

Michael E. Prangle, Esq.
HALL, PRANGLE, & SCHOONVELD, LLC
777 Rainbow Blvd., Ste. 225
Las Vegas, NV 89107
Ph: (702) 889-6400
Fax: (702) 384-6025
*Attorneys for Defendant Sunrise MountainView Hospital*

_____
An Employee of POTTER LAW OFFICES

3