MARQUIS & AURBACH
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
JOSHUA L. BENSON, ESQ.
Nevada Bar No. 10514
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@marquisaurbach.com
jbenson@marquisaurbach.com
   Attorneys for Defendants LVMPD,
   Eager & Frederick

## UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| JOYCE ZAIC,<br><br>                Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the STATE OF NEVADA; DANIELLE PIEPER, individually; B. EAGER, P#6189, individually and in his official capacity as a police officer; T. FREDERICK, P#9793, individually and in his official capacity as a police officer; SUNRISE MOUNTAIN VIEW HOSPITAL, INC.; NEAL, a security guard for MOUNTAIN VIEW HOSPITAL; CHRISTOPHER SIMMS, security guard for MOUNTAIN VIEW HOSPITAL; JOHN DOES I through X and ROE INSTITUTIONS I through X, inclusive,<br><br>                Defendants. | Case No:   2:10-cv-01814-PMP-LRL |

### LAS VEGAS METROPOLITAN POLICE DEPARTMENT, B. EAGER, AND T. FREDERICK'S REMOVAL STATEMENT

Pursuant to the United States District Court's October 19, 2010 Minute Order concerning removal, a copy of which is attached hereto, Defendant, Las Vegas Metropolitan Police Department, B. Eager and T. Frederick's ("Defendants"), by and through their attorneys of record, Marquis & Aurbach, hereby provides the following statement:

1

1. Defendants first received a copy of the Second Amended Complaint in the removed action on October 5, 2010.

2. Defendants were served with a copy of the Summons on April 21, 2010.

3. Removal in this matter is based upon the Complaint including a federal question. Therefore, it is believed the Federal Court has jurisdiction over this case under 42 U.S.C. § 1983 and 42 U.S.C. § 1988.

4. Defendants' Notice of Removal of Plaintiff's Complaint was filed on October 15, 2010, which is less than 30 days after Defendants first received a copy of the Second Amended Complaint. The Notice of Removal was filed 30-days after the copy of the Summons was received because Plaintiff's counsel requested consent to file a first and second amended complaint. Defendants waited until the Second Amended Complaint was filed before removing the action.

5. This action was not commenced in State Court more than one year before the date of removal, therefore, there is no reason this matter should not summarily be remanded to State Court.

6. There are no Defendants who have been served before these Defendants filed their Notice of Removal who did not consent to the Notice of Removal.

Dated this 2nd day of November, 2010.

MARQUIS & AURBACH

By _____
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Joshua L. Benson, Esq.
Nevada Bar No. 10514
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for LVMPD, Ofc. Eager & Ofc. Frederick