MARQUIS & AURBACH
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
JOSHUA L. BENSON, ESQ.
Nevada Bar No. 10514
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@marquisaurbach.com
jbenson@marquisaurbach.com
  Attorneys for Defendants LVMPD,
  Eager & Frederick

## UNITED STATES DISTRICT COURT
## STATE OF NEVADA

| | | |
|---|---|---|
| JOYCE ZAIC,<br><br>                      Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the STATE OF NEVADA; DANIELLE PIEPER, individually; B. EAGER, P#6189, individually and in his official capacity as a police officer; T. FREDERICK, P#9793, individually and in his official capacity as a police officer; SUNRISE MOUNTAIN VIEW HOSPITAL, INC.; NEAL, a security guard for MOUNTAIN VIEW HOSPITAL; CHRISTOPHER SIMMS, security guard for MOUNTAIN VIEW HOSPITAL; JOHN DOES I through X and ROE INSTITUTIONS I through X, inclusive,<br><br>                      Defendants. | Case No: | 2:10-cv-01814-PMP-LRL |

## JOINT STATUS REPORT

Pursuant to the United States District Court's October 19, 2010 Order Concerning Removal, Plaintiff Joyce Zaic, by and through her attorney of record, Cal J. Potter; Defendants Las Vegas Metropolitan Police Department, B. Eager, and T. Frederick, by and through their attorneys of record, the law firm of Marquis & Aurbach; Defendants Sunrise Mountain View Hospital d/b/a Mountain View Hospital, Neal Millot and Christopher Simms, by and through the law firm of Hall Prangle & Schoonveld, LLC; and Defendant Danielle Pieper, by and through the law firm of Lauria Tokunaga Gates and Linn, LLP, hereby submit their joint status report.

1

M&A:05166-451 1189662_1.DOC 1/3/2011 1:34 PM

**I.  PENDING MOTIONS AND/OR OTHER MATTERS WHICH REQUIRE THE ATTENTION OF THIS COURT:**

None.  Following Removal Defendants Sunrise Mountain View Hospital, Inc. d/b/a Mountain View Hospital, Neil Millot and Christopher Simms filed a Motion to Dismiss and for Partial Summary Judgment in the District Court, Clark County, Nevada.  However, the Motion was filed after removal and needs to be re-filed in Federal Court.

**II.  STATEMENT BY COUNSEL OF ACTION REQUIRED TO BE TAKEN BY THIS COURT AT THIS TIME:**

No action needs to be taken by this Court at this time.

**III.  COPIES OF ANY PENDING MOTIONS, RESPONSES AND REPLIES AND OR OTHER MATTERS REQUIRING THE COURT'S ATTENTION NOT PREVIOUSLY ATTACHED THE NOTICE OF REMOVAL:**

No pending motions, responses or replies where filed in State Court prior to removal.  The only document that was filed in the State Court was Plaintiff's Second Amended Complaint, which was attached to the Notice of Removal filed in Federal Court.

| MARQUIS & AURBACH | POTTER LAW OFFICES |
|---|---|
| By: /s/ Joshua L. Benson, #10514<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Joshua L. Benson, Esq.<br>Nevada Bar No. 10514<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendants LVMPD, Eager & Frederick* | By:_____<br>Cal J. Potter, III, Esq.<br>Nevada Bar No. 1988<br>John C. Funk, Esq.<br>Nevada Bar No. 9255<br>1125 Shadow Lane<br>Las Vegas, Nevada 89102<br>*Attorney for Plaintiff* |
| **HALL PRANGLE & SCHOONVELD, LLC** | **LAURA TOKUNAGA GATES & LINN, LTD.** |
| By: /s/ Kerry Doyle, #10571<br>Michael E. Prangle, Esq.<br>Nevada Bar No. 8619<br>Kerry Doyle, Esq.<br>Nevada Bar No. 10571<br>777 N. Rainbow Blvd., Ste. 225<br>Las Vegas, Nevada 89107<br>Attorneys for Sunrise Mountain View Hospital dba Mountain View Hospital, Neal Millot and Christopher Simms | By: /s/ Raymond Gates, #5320<br>Raymond R. Gates, Esq.<br>Nevada Bar No. 5320<br>Anthony D. Lauria, Esq.<br>Nevada Bar No. 4114<br>1755 Creekside Oaks Drive, Suite 240<br>Sacramento, CA 95833<br>Attorney for Defendant Danielle Pieper |

I. **PENDING MOTIONS AND/OR OTHER MATTERS WHICH REQUIRE THE ATTENTION OF THIS COURT:**

None. Following Removal Defendants Sunrise Mountain View Hospital, Inc. d/b/a Mountain View Hospital, Neil Millot and Christopher Simms filed a Motion to Dismiss and for Partial Summary Judgment in the District Court, Clark County, Nevada. However, the Motion was filed after removal and needs to be re-filed in Federal Court.

II. **STATEMENT BY COUNSEL OF ACTION REQUIRED TO BE TAKEN BY THIS COURT AT THIS TIME:**

No action needs to be taken by this Court at this time.

III. **COPIES OF ANY PENDING MOTIONS, RESPONSES AND REPLIES AND OR OTHER MATTERS REQUIRING THE COURT'S ATTENTION NOT PREVIOUSLY ATTACHED THE NOTICE OF REMOVAL:**

No pending motions, responses or replies where filed in State Court prior to removal. The only document that was filed in the State Court was Plaintiff's Second Amended Complaint, which was attached to the Notice of Removal filed in Federal Court.

Dated this ____ day of November, 2010.

| | |
|---|---|
| **MARQUIS & AURBACH** | **POTTER LAW OFFICES** |
| By:_____<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Joshua L. Benson, Esq.<br>Nevada Bar No. 10514<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendants LVMPD,*<br>*Eager & Frederick* | By: [signed] 11/08/2010<br>Cal J. Potter, III, Esq.<br>Nevada Bar No. 1988<br>John C. Funk, Esq.<br>Nevada Bar No. 9255<br>1125 Shadow Lane<br>Las Vegas, Nevada 89102<br>*Attorney for Plaintiff* |

**HALL PRANGLE & SCHOONVELD, LLC**

By:_____
Michael E. Prangle, Esq.
Nevada Bar No. 8619
Casey W. Tyler, Esq.
Nevada Bar No. 9706
777 N. Rainbow Blvd., Ste. 225
Las Vegas, Nevada 89107
*Attorneys for Sunrise Mountain View Hospital dba Mountain View Hospital, Neal Millot and Christopher Simms*