4810-8686-6440, v. 1

# EXHIBIT D

**AFFIDAVIT OF DANIELLE PIEPER**

STATE OF NEVADA      )
                     ) ss.
COUNTY OF CLARK      )

I, DANIELLE PIEPER, hereby attest that:

1. I am a resident of Las Vegas, Nevada.

2. I am a Party to the <u>Zaic v. Las Vegas Metropolitan Police Department</u>, etal., matter venued in The United States District Court State of Nevada, Case No. 2:10-cv-01814-PMP-LRL.

3. On March 21, 2008, I was at Mountain View Hospital with my fiancé Steve Zaic, visiting his ill father, Frank Zaic.

4. During the March 21, 2008, visit to Mountain View Hospital I was verbally and physically attacked by my fiancés sister, Joyce Zaic.

5. As a result of the verbal and physical attack I called 911 and officers arrived at the hospital.

6. I completed a Las Vegas Metropolitan Police Department DECLARATION OF CITIZEN'S ARREST form leading to Joyce Zaic's arrest.

7. A true and correct copy of the Las Vegas Metropolitan Police Department's DECLARATION OF CITIZEN'S ARREST form I completed on March 21, 2008, is attached as exhibit A to this Affidavit.

8. Las Vegas Metropolitan Police Department police officers arrived at Mountain View Hospital, handcuffed Joyce Zaic, removed her from the Hospital grounds and she was taken to the Las Vegas City Jail/Detention Center.

9. At no time on March 21, 2008, did I speak to, conspire with, confederate with, or agree together, with the Mountain View Hospital personnel or security staff to violate Joyce Zaic's Civil Rights.

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

1  I attest the above is true and correct to the best of my knowledge under the laws of
2  the State of Nevada. If called upon to testify regarding any of the matters set forth above,
3  I could and would competently do so.
4  Executed this 15 day of June 2011, in Las Vegas, Nevada.

_____
DANIELLE PIEPER

7  SUBSCRIBED AND SWORN to before
   me this 15th day of June 2011.

_____
Notary Public

STEPHANIE MUNOZ
Notary Public State of Nevada
No. 03-84956-1
My appt. exp. Oct. 21, 2011