Exhibit D

                UNITED STATES DISTRICT COURT
                      STATE OF NEVADA
                        * * * * *

JOYCE ZAIC,                    )
                               )  Case No:
          Plaintiff,           )  2:10-cv-01814-PMP
                               )  -LRL
     vs.                       )
                               )
LAS VEGAS METROPOLITAN         )
POLICE DEPARTMENT, a           )
political subdivision of       )
the STATE OF NEVADA;           )
DANIELLE PIEPER,               )
individually; B. EAGER         )
P#6189, individually, and      )
in his official capacity as    )
a police officer; T.           )
FREDERICK P#9793,              )
individually, and in his       )
official capacity as a         )
police officer; SUNRISE        )
MOUNTAINVIEW HOSPITAL,         )
INC.; NEAL, a security         )
guard for MOUNTAINVIEW         )
HOSPITAL; CHRISTOPHER          )
SIMMS; security guard for      )
MOUNTAINVIEW HOSPITAL; JOHN    )
DOES I through X; and ROE      )
INSTITUTIONS I through X,      )
inclusive,                     )
                               )
          Defendants.          )
_____ )

             VIDEOTAPED DEPOSITION OF JOYCE ZAIC
                 At Marquis Aurbach Coffing
                 On Wednesday, May 25, 2011
                      At 11:10 a.m.


                  At 10001 Park Run Drive
                     Las Vegas, Nevada

Reported by:  Cameo L. Kayser, RPR, CCR No. 569

        CAMEO KAYSER & ASSOCIATES  (702) 655-5092

1    Q.  During that time in the hospital, how
2  often would you visit your father?
3      A.  Every day.
4      Q.  Who else would visit your father?
5      A.  My two brothers, and my mother was there
6  because my two brothers brought her there.  She
7  didn't drive there by herself.
8      Q.  Anybody else visit her -- him?  Excuse
9  me.
10     A.  No.
11     Q.  Did he have any friends that would come
12 visit him?
13     A.  We didn't let anybody know.
14     Q.  You didn't let anybody know about his
15 hospitalization?
16     A.  No, no.  No friends came to visit.
17     Q.  What was he hospitalized for?
18     A.  My dad's friends were his family.
19 Children were his best friends.
20     Q.  What was your father hospitalized for?
21     A.  It was tests.  It was just supposed to
22 get tests.  I don't know.  They brought him there,
23 and he told them not to bring him there, and they
24 did anyways, the ambulance.
25     Q.  While your father was in the hospital,

Page 54

1    Q.  And if you need a break, feel free to
2  stop, and we can take a break.  I know this is --
3         MR. POTTER:  Do you want some water?
4         THE WITNESS:  (Witness shakes head.)
5  BY MR. BENSON:
6      Q.  So when you were asked to leave the
7  hospital, they never indicated why?
8      A.  No.  Because they threatened me.  They
9  said we're going to have you arrested.  They
10 wouldn't let me be with my dad.
11     Q.  Did you ever yell at anyone in the
12 hospital?
13     A.  No.
14     Q.  Did you ever use profanity towards anyone
15 in the hospital?
16     A.  No.
17     Q.  Did you ever have a meeting with people
18 in the hospital where Metro showed up?
19     A.  Could you rephrase that?
20     Q.  Did you ever meet with anyone in the
21 hospital where Metro or the police officers were
22 there to keep the peace?
23     A.  Oh March 2nd.
24     Q.  What happened on March 2nd?
25     A.  There was supposed to be a family

Page 56

1  did you have any incidents or altercations or
2  problems with the hospital?
3      A.  Yes.
4      Q.  Were you ever asked to leave?
5      A.  Yes.
6      Q.  What type of incidents did you have with
7  them?
8      A.  Security guards were harassing me and
9  wouldn't let me be with my dad.
10     Q.  Did you ever have specific visiting hours
11 imposed on you?
12     A.  No.
13     Q.  So you were never told you can only visit
14 him on these days at this time?
15     A.  No.
16     Q.  Were you ever escorted out of the
17 hospital?
18     A.  Yes.
19     Q.  How many occasions?
20     A.  Several.
21     Q.  Why were you escorted out of the hospital
22 on several occasions?
23     A.  They wouldn't tell me.  I asked them, and
24 they wouldn't tell me.  They just said, You know
25 why.

Page 55

1  meeting, and the doctor called a family meeting,
2  and -- because my dad almost died.  They put a
3  pacemaker in him.  And nobody wanted to talk.  They
4  didn't do any tests on him or nothing.  They just
5  put it in within him 15 minutes of being there.
6  Supposed to do tests, supposed to do days of testing
7  before you just put pacemakers in, and they didn't.
8         And there's complications, and he almost
9  died from the pacemaker that they shouldn't have put
10 in in the first place because something else was
11 wrong with him.  He didn't need a pacemaker.  The
12 nurse said probably -- she -- he didn't need a
13 pacemaker.  If they would have done tests, they
14 would have known he didn't need a pacemaker.
15        And there was supposed to be a family
16 meeting with the doctor, and I called my brother and
17 told him there is going to be a family meeting at
18 11:00 tomorrow if you want to go.  The doctor is
19 going to explain everything.  So he says, Okay.  So
20 then -- I forgot which brother I told, Lewis or
21 Steve.  I don't recall which one I told.
22        And so I was waiting for them.  I thought
23 everybody was okay, you know.  My father was in the
24 hospital.  I was waiting for them in the waiting
25 room there to come out of the elevator.  I was

Page 57

1   waiting for them.
2         And all three of them, my mom and my two
3   brothers, come out of the elevator with two
4   uniformed police officers and the security guards,
5   if I remember correctly, the security guards. The
6   security guards were there. I don't remember if
7   they were in the elevator with them or not. I think
8   they all got out the elevator together.
9         And the security guard and police
10  officers were standing there talking to the security
11  guard. And the security guard said, We're going to
12  have you arrested. The security guards were
13  harassing me.
14        And then the police officer -- me and
15  Lewis got in an argument or something, and then the
16  police officers just -- this is -- if I can recall,
17  this is what happened -- the police officers didn't
18  really -- they were trying to like, let's -- they
19  didn't really know what was going on because they
20  were hearing one thing, me arguing with my brother.
21  This is what I felt. They were arguing -- me
22  arguing with my brother, and then the security
23  guards telling me they are going to have me
24  arrested.
25        Then the one police officer, you know, he
Page 58

1   approached me, and he just -- he just said, We are
2   just here to keep the peace, that's it. That's all
3   he said. He said, That's all we're here for, just
4   to keep the peace, you know. They didn't really say
5   anything to me.
6         And then we had the family meeting, and
7   the police officers were waiting outside the door.
8   And then Lewis said after the meeting, I'm going to
9   release the police officers. But he wasn't even
10  working, Lewis. He was off duty, and he's not their
11  superior; so he doesn't have -- why should he
12  release them, so -- so that's what happened. Oh --
13        Q. So the police --
14        A. -- and okay.
15        Q. What were you going to say?
16        A. That's it.
17        Q. So the police officers came to the
18  March 2nd, 2008 family meeting to keep the peace?
19        A. That's what they told me they were there
20  for.
21        Q. Do you know who requested that they come?
22        A. No, I did not. Lewis did.
23        Q. Lewis requested that they come?
24        A. Yes. He's the one that released them.
25  He said he was going to release them. So if he's
Page 59

1   the one that releases them, then he's the one who
2   requested them.
3         Q. So your only knowledge on who requested
4   them is the fact that Lewis released them?
5         A. Yes.
6         Q. Any other basis on why Lewis requested
7   them other than that?
8         A. To harass me and maybe to -- that's it.
9   I don't know. I have no clue. I'm clueless.
10        Q. While your father was hospitalized, was
11  there a larceny ever reported against you?
12        A. Not that I'm aware of.
13        Q. Your brother never accused you of
14  stealing his phone?
15        A. I never received any complaint. A police
16  officer did go into my father's hospital room and
17  question me about that, and it was very brief, and I
18  said it was just me and my dad. My dad was awake at
19  that time, and I said, My dad is very sick. Can you
20  leave? And he just turned around and left and that
21  was it.
22        And I think somebody might have called me
23  on the phone; however, I don't recall. And that was
24  it. That's the only thing I heard about that. I
25  never read a complaint or anything. I've never
Page 60

1   received a complaint. I've never been arraigned or
2   anything.
3         Q. Did you take your brother's phone?
4         A. No.
5         Q. Now, after March 7th, did you ever refuse
6   to leave the hospital when asked?
7         A. Not that I can recall.
8         Q. Were you ever notified that you were in
9   the hospital during nonvisiting hours?
10        A. I think the girl did say something like
11  that, one of the nurses. And they had 24-hour
12  visiting; so I didn't know what she was talking
13  about.
14        Q. What did you say to her when she told you
15  it wasn't visiting hours?
16        A. I just said -- she said, You're not
17  allowed to be here, I think, and I said, Why not?
18  Visiting hours start at 8:00. They only close one
19  hour out of the 24 hours from, I think it was 7:00
20  to 8:00 or 8:00 to 9:00, if I can remember
21  correctly. And I just got off work. I think I
22  said, It's 10:00 o'clock. So why isn't it visiting
23  hours?
24        And she said, You're not allowed to be
25  here.
Page 61

1        I said, Why not?
2        And then the next thing I know, security
3   came, and they kicked me out or something, and I
4   don't remember what happened.  They kicked me out.
5   They handcuffed me in the parking lot.  The police
6   came.  They forced me to the ground.  The police
7   came.  The police acknowledged and seen me in
8   handcuffs.
9        They put in the police logs that he seen
10  me in handcuffs, and PBX seen me in handcuffs, and
11  the police told me, Don't go there again.  You come
12  back here, we're going to arrest you.  We don't want
13  you here.
14      Q.  During that incident, were you agitated?
15      A.  I was numb.
16      Q.  Did you yell?
17      A.  No.  I don't remember.  I was crying.  I
18  was hurt.  He hurt me.  He was jerking my arm out of
19  my socket.  And my arm -- hands were all bruised
20  from the handcuffs.
21      Q.  Who is "he"?
22      A.  The security guard.
23      Q.  Did the officers ever put you in
24  handcuffs?
25      A.  Not on the 17th.
                                        Page 62

1      Q.  Not on the 17th?  Were you ever
2   trespassed?
3      A.  No.  Not that I can -- I don't know what
4   that means.  That means -- they kicked me out.  I
5   don't know if that means trespass, but I was kicked
6   out.
7      Q.  Did they ever tell you you were being
8   trespassed?
9      A.  They never used that word, "trespassed."
10  They said "arrested."  You come back here, we're
11  going to arrest you.  We don't want you here.  I
12  also -- yeah.
13      Q.  So they told you if you came back, you
14  would be arrested?
15      A.  Yes.  I told him, They are hurting -- my
16  dad needs to be with me.  And they became sarcastic.
17  Well, somebody is hurting your dad.  You better call
18  the police.
19      Q.  Prior to the incident on March 21st, any
20  other problems at the hospital?
21      A.  There was.  They wouldn't -- they
22  threatened to kick me out the day of my father's
23  operation.
24      Q.  What date was that?
25      A.  I believe his operation, March 10th.
                                        Page 63

1   They threatened to kick me out on March 9th.
2      Q.  Why were they threatening to kick you
3   out?
4      A.  I don't know.  They said, You better just
5   sit here and not say anything.  He is going to get
6   the operation.  I didn't want him to get it.  I
7   wanted him to come home because that nurse wouldn't
8   know -- the doctor, one of the other doctors, said,
9   He doesn't have to get it.  He can just go home.
10  And I want to take him home, and that doctors wanted
11  to operate.
12      Q.  So you didn't want him to have the
13  operation?
14      A.  No.  I wanted him to come home.
15      Q.  Were you upset that they were operating?
16      A.  I don't know what I was.  I wanted my dad
17  to get better.
18      Q.  Were you yelling at anyone because they
19  were operating?
20      A.  No, absolutely not.  I would never -- I
21  was as calm as can be because I don't want to upset
22  my dad.  My dad did not like conflicts.  So we were
23  all very quiet around my dad, and I didn't want him
24  to know that anything was going wrong because he
25  would be hurt if he seen the way they were treating
                                        Page 64

1   his children.  So I just wanted him to think
2   everything is okay and he's going to get better and
3   come home.  I wanted him to heal.
4      Q.  So we have talked about March 2nd,
5   March 7th, March 9th, and March 17th.
6        Any other conflicts at the hospital or
7   problems with the hospital?
8      A.  There was another problem.  My brother
9   was there -- actually, both my brothers.  I don't
10  recall the date.  It was after March 17th.  It was
11  between the 17th and the 21st.  The one nurse would
12  not let me be there.  Nurse Lizbeth Hamilton, she
13  would not let me be with my dad.  The other nurses
14  would, but she would not let me be there when she
15  was his nurse.
16        And -- and I think prior to that, my
17  brothers -- both my brothers talked to her, talked
18  to them and said, You know, she should be -- my
19  brothers wanted me there, because they couldn't be
20  there all the time.  Lewis had to work, he said, and
21  Steve had his juice bars, and they wanted me there.
22        And they told them at the hospital, Why
23  can't she be here?  I don't know what the words they
24  said.  I wasn't there.  But they said that they
25  called up and they went there in person and they
                                        Page 65

1    told them -- they literally -- my mom was there with
2    them.  All three of them literally begged them to
3    let me in.  They don't know why they won't let me
4    in.  That's the story they told me.
5         And that's what they put in their nurses'
6    notes also, that they were there trying to get me --
7    allow me to be back there.  She wouldn't let me be
8    there.  And when I wasn't there, when she was his
9    nurse, bad things happened.  But when the other ones
10   were his nurse, he got better.  She would yell.  She
11   said, Stop looking at the monitor.  She yelled at
12   all three of us, my mom, my brother Steve.  She
13   yelled at us, Stop looking at the monitor, the
14   heartbeat monitor.  She yelled at the top of her
15   lungs.
16       Q.  Did you ever yell back at her?
17       A.  No, never.
18       Q.  Were you at the hospital on March 21st,
19   2008?
20       A.  Yes.
21       Q.  And on that date, were there any orders
22   on who could visit your father?
23       A.  Yes.
24       Q.  What was that?
25       A.  Family members only.

Page 66

1        Q.  Where was that order posted?
2        A.  It was posted on his door.
3        Q.  And do you have copies of it?
4        A.  Of the sign, no, not of the actual sign.
5        Q.  Do you have copies of any order to that
6    effect?
7        A.  It's in the doctor's notes, yes.
8        Q.  And do you have those?
9        A.  Not with me.
10       Q.  But you do have them in your possession?
11       A.  Yes.
12       Q.  And who put that order into place?
13       A.  Dr. Rebecca -- I believe it's Dr. Rebecca
14   Sinai, if I remember correctly.  It might have been
15   a lead nurse, but I think it was a doctor.
16       Q.  Did there come a time when somebody who
17   wasn't family came into the room?
18       A.  Yes.
19       Q.  And when was that?
20       A.  March 21st.
21       Q.  And tell me what happened.
22       A.  Danielle Pieper along with my brother
23   Steve Zaic came in.  I was sitting at the bed, the
24   foot of my father's bed.  And they both walked into
25   the room.  And I never seen her before.  He spoke

Page 67

1    about her, but I've never met her before; so I knew
2    her name.  And then -- and I knew what she did for a
3    living.
4         And they came in, and I didn't want
5    anybody to see my dad like that, and I don't think
6    he -- he wouldn't want anybody to see him like that
7    either.  I just felt that they were making a freak
8    show out of my dad and she shouldn't be there.  He
9    wouldn't want her there.  He was incapacitated.  He
10   had a breathing tube down his throat, and she should
11   not have been there.  Nobody should have been there
12   except his own immediate family members.
13        You know, I even told the nurses.  I
14   said, I don't want anybody in here, you know, only
15   family members.  And she said, Well, we don't --
16   we're the only hospital in town that has 24-hour
17   visiting, and we allow anybody in.  We don't
18   restrict our patients, you know, people from coming
19   in.  We're the only hospital in town that does that.
20   That's what she said.  So she wouldn't stop her.
21   She allowed her in.  They let them in.
22        And I told my brother to have her leave,
23   and I told her to leave, and she wouldn't leave.
24   And the next thing I know, my brother come running
25   after me from the other side of the bed, and I ran

Page 68

1    from him because he was coming after me, and we've
2    been in altercations in the past; so I know my
3    brother, and --
4         MR. POTTER:  You need, just for the
5    record, state which brother so I don't get confused
6    on brothers, your brother.
7         THE WITNESS:  Steve Zaic, and he chased
8    me to the door and tackled me to the ground.  Not
9    tackled me, but I don't know just how he got me down
10   there, but he got me down there real fast like
11   police officers do.  And the nurses came in the
12   room.  They pulled him off of me, and I think -- I
13   don't remember who said it, But the police are on
14   their way or something.  I don't know, and the
15   next -- I was arrested.
16   BY MR. BENSON:
17       Q.  And Danielle Pieper was Steve Zaic's
18   fiancee; correct?
19       A.  That's what he said.
20       Q.  Did you have any reason not to believe
21   him?
22       A.  No.
23       Q.  You had heard about her before?
24       A.  Yes.  Through my father.
25       Q.  What did your father say about her?

Page 69

1     A. Nothing.
2     Q. Had he met her before --
3     A. They went to eat a few times, all three
4  of them, and he didn't say anything.
5     Q. So your father had been out to eat with
6  her?
7     A. The three of them.
8     Q. The three of them being your father,
9  Steve, and Danielle?
10    A. Yes.
11    Q. How many times had they gone out to
12  dinner?
13    A. I don't know. Three that I know of,
14  maybe, if even that.
15    Q. What else, if anything, did your father
16  say about Danielle?
17    A. I don't recall. He didn't used to say
18  much. His children are happy, then that's good
19  enough for him.
20    Q. And was Steve happy?
21    A. I don't know. I never discussed Danielle
22  with him. At that time we were not talking. I know
23  she's not his type.
24    Q. So when Danielle, who had been out to
25  dinner with your father, came into the room, what
Page 70

1  was the first thing you said?
2     A. Who is this?
3     Q. When Danielle and Steve walked into your
4  father's room, what is the first thing you said to
5  them?
6     A. I don't remember. I think I said, Who is
7  this? Steve, who is this, or who are you? What are
8  you -- something to that effect.
9     Q. And what did he respond?
10    A. This is Danni, my girlfriend.
11    Q. And what was your response to that?
12    A. I don't remember the exact wording right
13  now, but I said, She's not allowed here. Only
14  family members are allowed here in dad's room.
15    Q. And what was the tone of your voice?
16    A. Stern. She's not allowed here.
17    Q. Did you use any profanity?
18    A. Not at that time, not during that
19  conversation, no.
20    Q. Did you later use profanity?
21    A. Yes.
22    Q. When?
23    A. After she would not leave.
24    Q. What did you say to her?
25    A. I think I said, Just get out.
Page 71

1     Q. What prof -- what kind of profanity did
2  you use?
3     A. I don't recall.
4     Q. Did you ever tell her to, Get the fuck
5  out of here, you don't belong here?
6     A. I might have. Yes, I think I did.
7     Q. So when they walk in the room --
8     A. I said that after she wouldn't leave,
9  though.
10    Q. So when they walk in the room, how far is
11  the entrance of the door to where you are sitting on
12  the bed?
13    A. At the foot of the bed I was sitting. I
14  was sitting in the chair at the foot of the bed.
15  Approximately 20 feet, maybe.
16    Q. And when they walked in, did they always
17  stay near the door?
18    A. They weren't near the door, no. The door
19  was on the other side.
20    Q. So they walked to the other side of the
21  room?
22    A. They walked to my dad's bed, which was on
23  the -- near the end of the room.
24    Q. So when they walked to your dad's bed,
25  were they standing by his bedside?
Page 72

1     A. Danielle was on one side and Steve was on
2  the other.
3     Q. So was it Steve or Danielle that walked
4  by you to get to the other side of the bed?
5     A. Steve.
6     Q. So Steve was on the far side of the bed
7  from the door?
8     A. Inside.
9     Q. And Danni was on the side of the bed
10  closest to the door?
11    A. Yes.
12    Q. And what did they -- what did you say at
13  that point? Did you ever get up?
14    A. Yes. As soon as they walked in the door,
15  I stood up.
16    Q. Okay. And then you asked them to leave?
17    A. Yes. No, I asked Danielle to leave, not
18  my brother. Because my dad would want him there
19  most definitely. I asked her to leave.
20    Q. So you asked Danielle to leave, and they
21  refused?
22    A. Yes.
23    Q. And then they walked to his bedside?
24    A. No. They were already there.
25    Q. So they kind of walked in right to his
Page 73

| | |
|---|---|
| 1     A.  I don't recall.  But I started leaving. | 1     Q.  Who is Julie? |
| 2  I was walking towards the elevator, and they were | 2     A.  I think that was her name.  She was a |
| 3  following really close behind me, and they were | 3  nurse.  I don't even -- she was one of the nurses. |
| 4  almost brushing up against me.  And I turned around, | 4     Q.  Was she one of the first nurses that |
| 5  and I asked them -- I think I said, Was there | 5  walked in before -- |
| 6  something wrong, or can I help you?  You know what | 6     A.  I don't even -- |
| 7  you did or something, or something to that effect. | 7     Q.  -- after the incident? |
| 8  We're going to have you arrested, or you're going to | 8     A.  I don't recall, no.  Jane Thiessen was |
| 9  be arrested. | 9  the nurse, my father's nurse that night. |
| 10     And I went in the elevator, and they | 10     Q.  Okay.  Just so we're clear -- |
| 11  followed me in there, and then I walked out.  I | 11     A.  I think she was the nurse that came in, |
| 12  didn't want to be in there with them alone.  And I | 12  and Julie came in to help me.  She wasn't my -- I |
| 13  walked into my father's room, and I called 911.  I | 13  don't think she was my father's nurse.  I don't |
| 14  can't remember if I called 911 or my brother first. | 14  know.  Jane Thiessen was. |
| 15     Q.  Which brother? | 15     Q.  Just so we're clear, I want to make sure. |
| 16     A.  Lewis. | 16  After the incident where you're on the ground, the |
| 17     Q.  So you decided to leave the room without | 17  nurses come in, take your brother off, and then |
| 18  being told to leave? | 18  everybody leaves in the room and you are in there by |
| 19     A.  I don't recall.  I think they said that | 19  yourself.  And you indicated a nurse walked in, was |
| 20  the police were on their way. | 20  the first person in the room after that incident. |
| 21     Q.  And -- | 21     What was that nurse's name? |
| 22     A.  I wanted my father to get his rest. | 22     A.  Jane Thiessen. |
| 23     Q.  And when you walked towards the elevator, | 23     Q.  So that was Jane.  And then while you are |
| 24  the security guards followed you? | 24  in there with Jane, you see security guards outside |
| 25     A.  I think Julie, a Nurse Julie told me the | 25  the door? |
| Page 78 | Page 80 |

| | |
|---|---|
| 1  police were on their way or something.  And she said | 1     A.  Yes. |
| 2  just tell them you want to leave. | 2     Q.  And at what point do you decide to leave |
| 3     Q.  Okay.  And this was before you started | 3  the room? |
| 4  walking towards the elevator? | 4     A.  I don't recall, but it was within a |
| 5     A.  I don't recall. | 5  matter of minutes after that. |
| 6     Q.  At what point did Julie tell you the | 6     Q.  But nobody else had come into the room |
| 7  police were on their way? | 7  besides Jane? |
| 8     A.  I don't recall. | 8     A.  I don't recall.  Julie came in the room. |
| 9     Q.  So you are in -- | 9  There was -- Julie came into the room, to help me, |
| 10     A.  I think I was crying, and I told Julie, | 10  to console me. |
| 11  They're going to have me arrested because the | 11     Q.  So Julie came into the room before you |
| 12  security guard said if I come back here one more | 12  ever left it after the incident? |
| 13  time, I'm going to be arrested.  And the police said | 13     A.  I don't remember if she came in there |
| 14  if I come in here again, they're going to arrest me. | 14  after I went back into the room, after the security |
| 15  On the 17th the police said, If you come here again, | 15  guards followed me out, or it was before I left the |
| 16  we're going to arrest you. | 16  room. |
| 17     Q.  Okay. | 17     Q.  So the security guards -- so you decide |
| 18     A.  So -- and I was crying.  She goes, They | 18  to leave the room.  The security guards follow you |
| 19  can't arrest you.  You didn't do nothing wrong. | 19  to the elevator? |
| 20  Just tell them you want to leave.  You just say can | 20     A.  Yes. |
| 21  I leave, and then they will let you go.  So I said | 21     Q.  Do they touch you? |
| 22  okay.  She goes, I know this.  I'm a nurse.  I see | 22     A.  Yes. |
| 23  this stuff all the time.  You just tell them you | 23     Q.  How did they touch you? |
| 24  want to leave when they get here.  That's what she | 24     A.  They brushed really close against me. |
| 25  said to me. | 25  And they were walking really close on me. |
| Page 79 | Page 81 |

1    dad's nurse?  There's no nurse here to tend for my
2    dad, to tell my dad, you know, to tell them to keep
3    it quiet, that my dad needs his rest also.
4         So then he walked out.  And then so right
5    outside, I see a room.  He starts reading me the
6    trespassing card again.
7         Q.  What do you mean "again"?
8         A.  I think he said -- he did it in my dad's
9    ICU room.
10        Q.  That same day?
11        A.  I think, yeah.  I think, if I remember
12   correctly.  So then he starts reading it again.  I
13   don't think he really knew what -- I don't know.  He
14   read it outside again, and then he said come with
15   me, and then we went downstairs and he read it
16   again.
17        Q.  So for a third time he read it to you?
18        A.  Yeah.
19        Q.  Were you outside or inside the hospital
20   the third time?
21        A.  Outside, right outside the front door.
22        Q.  So from the time Officer Frederick first
23   showed up until you exited the hospital, did
24   Officer Frederick ever touch you?
25        A.  I don't recall.

Page 86

1         Q.  So once outside, what discussions do you
2    have with Officer Frederick?
3         A.  Nothing.  He just told me to wait here,
4    and then he went and talked to my brother and
5    Danielle.  I told him, Can I leave?  And he says,
6    No, not until I'm done.  You wait here.  And then
7    he -- because Julie told me just tell him I want to
8    leave.  She told me what to say and so I said it.  I
9    said, Can I leave?  And he wouldn't let me leave.
10   He made me sit there on the bench, and he went to
11   talk to both Danielle and my brother.  And then they
12   came back, and they arrested me.
13        Q.  When did Officer Eager show up?
14        A.  He put me in handcuffs and he arrested
15   me.  I think he was there.  I seen him.  He was
16   there as soon as we walked out the hospital.
17        Q.  Did you ever talk to Officer Eager?
18        A.  No, never.
19        Q.  Did Officer Eager ever touch you?
20        A.  No.  I never spoke to him.  He never
21   touched me.
22        Q.  Officer Frederick, you indicated, after
23   speaking with your brother and Danielle, came over
24   to you and arrested you; is that correct?
25        A.  Repeat.

Page 87

1         Q.  After Officer Frederick was speaking with
2    your brother and Danielle, you indicated he came
3    over and arrested you and handcuffed you; is that
4    correct?
5         A.  Yes.  That other guy, Eager --
6         Q.  Yes.
7         A.  -- he was never -- I don't know, he never
8    got so -- as close to me.  He never spoke to me.  He
9    never even got really close.  He was very distant,
10   way on the other side.  So he doesn't even know what
11   I looked like, as far as I'm concerned, because he
12   never was close enough to even see who I am.
13        Q.  So Officer Frederick put you in
14   handcuffs.  Describe how he put you in handcuffs?
15        A.  He patted me down and put me in
16   handcuffs.  He handcuffed my hands behind my back.
17   He put me in the back of the police car.
18        Q.  But the handcuffing didn't cause any
19   injuries; correct?
20        A.  Well, yeah, it hurt.
21        Q.  But you didn't receive any injuries;
22   correct?
23        A.  I received emotional injuries, yes.  And
24   yes, it was bruised.
25        Q.  Do you have pictures of the bruises?

Page 88

1         A.  No.
2         Q.  Did you go see a doctor for the bruising?
3         A.  No.  I didn't have insurance.  My father
4    was the only thing on my mind at that time, not me.
5    I wouldn't go to a doctor just of a bruise.
6         Q.  Did any of the officers hit you?
7         A.  They handcuffed me.
8         Q.  Did they ever hit you?
9         A.  No.  Explain "hit."
10        Q.  What do you understand "hit" to mean?
11        A.  Punch.
12        Q.  Did they ever punch you --
13        A.  Closed fist.
14        Q.  -- with a closed fist?
15        A.  No.
16        Q.  Did they ever kick you?
17        A.  No.
18        Q.  Did they ever slap you?
19        A.  No.
20        Q.  Did they ever pull a weapon out?
21        A.  I don't recall.
22        Q.  Did they ever Tase you?
23        A.  No.
24        Q.  Did the officer use any weapons in his
25   tool belt or any of his tools besides his handcuffs?

Page 89

1     A.  I don't recall.
2     Q.  Do you ever -- did you ever voice any
3  complaints to the officers?
4     A.  Yes.
5     Q.  What complaints?
6     A.  I told him, My dad is up there in the
7  hospital room and he expects me to be there with
8  him, and he is going to be very -- he's going to
9  wonder why I'm not there. He's going to be sad.
10    Q.  Any other complaints?
11    A.  I told the officers that the security
12  guards are harassing me. They won't let me be with
13  my dad.
14    Q.  Any other complaints?
15    A.  Not that I can recall.
16    Q.  So the only complaints you ever voiced to
17  the officers was your dad was upstairs and he needed
18  you and you wanted to be there and the security
19  guards were harassing you; is that correct?
20    A.  That I can recall.
21    Q.  Did you ever complain about the
22  handcuffs?
23    A.  Yes.
24    Q.  What did you complain about them?
25    A.  They're too tight and it hurts, and I

Page 90

1  think my arm is broke. He pulled it out of the
2  socket.
3     Q.  You complained that your arm was broke?
4     A.  I said, I think my arm is broke.
5     Q.  This was on March 21st; correct?
6     A.  This was on March 17th.
7     Q.  Okay. We're talking about March -- let's
8  go to March 21st.
9        The handcuffing on March 21st, did you
10  ever voice any complaints about the handcuffing on
11  that day?
12    A.  Yes.
13    Q.  What did you say?
14    A.  I think I said, if I can recall, I don't
15  know the exact words, but I think I said -- I just
16  was annoyed that he kept me in the car for
17  45 minutes. I don't think he had to handcuff me
18  until after -- until right -- until he was about
19  ready to take me to -- you know, drive me there. He
20  didn't have to keep me in handcuffs for 45 minutes.
21    Q.  So on March 21st, are there any other
22  complaints besides he kept you in handcuffs too
23  long?
24    A.  They wouldn't let me be with my dad. I
25  had a right to be there. I hadn't -- I told them I

Page 91

1  have a right to be here. My dad is expecting me to
2  be here. He's very sick.
3     Q.  Now, going back to the March 17th when
4  you said you complained they were too tight, the
5  handcuffs were too tight, and that you felt your arm
6  was broke, that was from handcuffing by security
7  guards; correct?
8     A.  Yes.
9     Q.  So on the March 21st handcuffing with the
10  police, you never complained that they were too
11  tight; correct?
12    A.  I don't recall.
13    Q.  Have you ever seen your complaint that
14  you filed in this action?
15    A.  Yes.
16    Q.  Did you review it before it was filed?
17    A.  I don't recall.
18    Q.  Have you read it since it was filed?
19    A.  Yes.
20    Q.  Do you approve of everything that is in
21  it?
22    A.  Yes.
23    Q.  Now, what violations of your civil rights
24  do you allege LVMPD committed?
25       MR. POTTER: Objection; calls for a legal

Page 92

1  conclusion.
2       Go ahead, if you can answer.
3       THE WITNESS:  The police officers did not
4  have probable cause to arrest me.
5       Did you say go ahead?
6       MR. POTTER:  Yeah. You can go ahead and
7  answer his question.
8  BY MR. BENSON:
9     Q.  What do you mean they had no probable
10  cause to arrest you?
11    A.  They didn't talk to me first. They
12  wouldn't let -- nothing I said mattered. They
13  turned a blind eye to me. They already had -- they
14  were convinced that they were going to have --
15  whatever Danielle said went. They didn't care why I
16  was there.
17       They said they don't have any
18  jurisdiction over the hospital, and that's it. They
19  said if the hospital wants me out, then I'm out.
20  That's their private property, and they don't have
21  any say over the hospitals. That's what they told
22  me.
23    Q.  Before they put you in the police car and
24  took you away from the hospital, you did voice
25  complaints about security guards harassing you;

Page 93

1   MVH 18 and the middle entry for March 5th, 2008.
2       Do you see where I'm at?
3       A. Yes.
4       Q. It says, Patient's daughter Joyce came
5   out of the room and went straight to the charge
6   nurse saying that the patient cannot breathe, and
7   that I was not answering her questions and yelling
8   at her, which was not the case. She came to me and
9   accusing me of laughing at her and that I should not
10  take care of her dad. Security notified who came to
11  ask her to leave the room and instructed her not to
12  come back to the patient's room if she's acting like
13  this.
14      Did I read that correctly?
15      A. This is written all out of context. This
16  nurse --
17      Q. Just for now --
18      MR. POTTER: He's just asking you if he
19  read it correctly.
20      THE WITNESS: You read it correctly but
21  in the wrong tone.
22  BY MR. TYLER:
23      Q. I understand that, but what is actually
24  recorded by the nurse is what I just read; correct?
25      A. Yes.

Page 122

1       Q. Do you recall this interaction with the
2   nurse?
3       A. That's not the way it happened, no.
4       Q. Could you please describe for me your
5   understanding of what actually happened in that
6   situation?
7       A. My dad could not breathe. I told her my
8   dad cannot breathe. And I told her if you're not
9   going to -- she said he can, he can breathe, he's
10  okay. I said no, he can't, he can't breathe. He's
11  gasping for air. You guys do something, you know,
12  and she wouldn't do anything. I said if you're not
13  going to care for my dad, then get another nurse
14  that will. I want somebody to take care of him.
15  She laughed at me, and that's what happened.
16      Q. And did security actually come to the
17  room?
18      A. I don't recall. I don't think they did
19  that day.
20      Q. Do you recall security asking you to
21  leave that day?
22      A. I don't recall that day.
23      Q. Do you recall anyone from security
24  instructing you not to come back if you are going to
25  behave like that?

Page 123

1       A. No. I don't recall. Security didn't say
2   that. Security said if you come back, we're having
3   you arrested. They didn't say no if's. There were
4   no ifs.
5       Q. Let me show you Exhibit E.
6       (Whereupon, Exhibit E was
7       marked for identification.)
8   BY MR. TYLER:
9       Q. And what I'm showing you is an incident
10  report from March 7th, 2008.
11      Is that what it purports to be to you?
12      A. Yes.
13      Q. And we discussed this earlier. You were
14  asked about taking a cell phone from your brother.
15      Do you recall that question?
16      A. Yes.
17      Q. Is this report one that was generated as
18  a result of that allegation?
19      A. I don't know what this is. This is --
20  I've never been -- I've never seen this.
21      Q. And you've never seen this incident
22  report before?
23      A. It was never discussed. This is the
24  first time I'm discussing it.
25      Q. And it looks like Officer Salgado, the

Page 124

1   best I can make out.
2       Did Officer Salgado ever speak to you
3   about this?
4       A. There was a secure -- a police officer
5   came into -- I don't know who his name was.
6       Q. And I'm just looking at reporting
7   officer --
8       A. There was an officer. I don't know his
9   name.
10      Q. What did he tell you had been alleged
11  against you?
12      A. He just asked if we -- I don't recall.
13  He questioned me if I had seen my brother's phone or
14  something.
15      Q. And you've never seen the statements that
16  were given by your brother and the nurse that are
17  attached to this exhibit?
18      A. Other than what you guys posted on the --
19  your complaint -- your answer to the complaint.
20      Q. So if this was produced in discovery, you
21  read it in that case? Is that what you're trying to
22  tell me?
23      A. Yes.
24      Q. Okay.
25      A. I think.

Page 125

1     Q.  So you think you have reviewed it since
2  this lawsuit has been instituted?
3     A.  I think I've seen it, yes.
4     Q.  Do you recall what allegations your
5  brother made in his statement?  Otherwise, I will
6  just ask you to read through it quickly, if you can.
7     A.  No, I don't recall.
8     Q.  If you can, will you please read through
9  his statement?
10     A.  Okay.
11     Q.  I will try to paraphrase a little to save
12  us some time, but basically your brother's statement
13  said that he sat down the phone at some point in
14  your father's room and it went missing, and that
15  then he called it, and you answered the cell phone.
16       Do you recall that ever occurring?
17     A.  No.  That's not what he said.  He said he
18  took it out of -- no, it never happened.
19     Q.  Your brother's cell phone never went
20  missing, and he called it and you answered?
21     A.  I never answered.
22     Q.  Did you ever tell your brother that you
23  were going to destroy his phone because he was
24  trying to get a power of attorney?
25     A.  I don't recall.

Page 126

1     Q.  Is there any point where you ever took
2  your brother's cell phone?
3     A.  No.
4     Q.  Did you ever tell the nurse that you
5  don't have a cell phone?
6     A.  No.
7     Q.  Do you normally carry a cell phone?
8     A.  I don't own a cell phone.  I've never
9  owned a cell phone.
10     Q.  Would you disagree with the nurse's
11  statement that she saw you with a cell phone that
12  matched the description of your brother's?
13     A.  Yes.
14     Q.  And at no point did you ever have your
15  brother's cell phone or keep your brother's cell
16  phone from his use?
17     A.  No.
18     Q.  Do you have any idea why your brother
19  made the allegation that you did have his cell
20  phone?
21     A.  No.
22     Q.  Do you believe that this is a false
23  statement by your brother?
24     A.  I don't know.
25       MR. POTTER:  Objection; calls for a legal

Page 127

1  conclusion.
2  BY MR. TYLER:
3     Q.  Was there ever any follow-up on this
4  incident report on the allegations of larceny, as
5  far as you know?
6     A.  Not that I'm aware of.
7     Q.  I'm going to have you look back at
8  Exhibit D.  On Bates stamp page 21, and the first
9  entry there is from March 9th, 2008, and by
10  Shelley Guarnera.
11       Do you see where I'm at?
12     A.  Yes.
13     Q.  It says, Received patient in bed, vitals
14  as per flow sheet.  Patient remains stable.
15  Daughter in room and refusing to leave.  Instructed
16  patient's daughter that we have a history with her
17  and that she will be asked to leave the hospital if
18  she does not follow instructions from hospital
19  staff.  Supervisor and charge nurse aware of
20  situation.
21       Did I read that correctly?
22     A.  Yes.
23     Q.  Is that -- do you have a recollection of
24  that incident on March 9th, 2008?
25     A.  Yes.

Page 128

1     Q.  And what is your recollection?
2     A.  I walked in, said hello to see my father.
3  I said hello to the nurse.  She immediately told me
4  to sit down.  She told me you better not say
5  nothing.  He's getting the operation, and we have a
6  history of you, and if you say anything, we're going
7  to have you kicked out and arrested.  That's the
8  first time I've ever seen that nurse.  She was
9  saying that right in front of my dad.
10     Q.  And when she says, "refusing to leave,"
11  did she ask you to leave at any point?
12     A.  No.
13     Q.  When she says, We have history with her,
14  do you have any idea what she was referring to as
15  far as the history?
16     A.  No.  My dad was going to get the
17  operation.  She didn't want me there.
18     Q.  And did she actually ask you to leave on
19  that night in question?
20     A.  I don't recall.  She threatened me, to
21  kick me out.
22     Q.  And this is the first encounter you'd had
23  with that nurse before?
24     A.  Yes.  That's the first time I had seen
25  her.

Page 129

1    Q.  On March 11th, 2008, you reference in
2  your discovery responses that you had interaction
3  with Helen Vos, and afterwards you were assaulted
4  and forced to leave the hospital.
5        Do you recall that?
6    A.  Vaguely.
7    Q.  Could you describe for me what that
8  interaction was with Ms. Vos and the subsequent
9  interaction with security?
10   A.  What was the date?
11   Q.  March 11th, 2008.
12   A.  The security guards kept harassing me
13 throughout; so I will try to remember.  They kicked
14 me out.  They wouldn't let me in.  They wouldn't let
15 me be with my dad.  The nurses wouldn't let me be
16 there.
17       I wanted to speak to the lead nurse, and
18 then I spoke to Helen Vos.  She said that she runs
19 the whole hospital.  She is in charge of the whole
20 hospital and nobody is above her, and she's the one
21 to speak to.  She basically runs the whole hospital.
22       So I asked her -- I told her my dad is
23 very sick, and why can't I be with him.  And she
24 said hold on, and she made a phone call, and she
25 called security and had security kick me out then.

Page 130

1    Q.  And what is your understanding of what
2  Helen Vos's thought process was on kicking you out
3  of the hospital?  Did she tell you --
4    A.  She didn't tell me --
5    Q.  -- why she was upset with you or asking
6  to leave?
7    A.  She didn't tell me.  She was just going
8  by what they told -- they told her on the phone.
9    Q.  During this conversation with Helen Vos,
10 were you using an elevated voice or profanity or was
11 it -- could you describe the conversation, the tone
12 of it?
13   A.  No.  There was a meeting across the way,
14 and they were -- no.  They were in another meeting.
15 I don't know who they were.  I just remember that
16 there were other people in there.
17   Q.  Other people in the meeting?
18   A.  No.  In that office there.
19   Q.  So as far as you know, there was no
20 reason whatsoever why Helen Vos or security became
21 involved in that situation?
22   A.  Other than I -- Helen Vos, I requested
23 that she be involved because I wanted to be with my
24 dad.
25   Q.  But you have no idea why she would have

Page 131

1  contacted security?
2    A.  No.  I was asking her for help, and she
3  didn't help.  Instead she contacted security and had
4  me kicked out.  And my mom kept calling to try to
5  request let me back in.  She wanted to know why
6  also.
7    Q.  Okay.  I want to turn your attention to
8  Exhibit C again.  That's the security guard log.
9  And go to the second page of that.  It's
10 Bates stamped MVH 31.  And that entry is dated
11 03/12/08.
12       Do you see where I'm looking at the top
13 of the page?
14   A.  Yes.
15   Q.  It says, Dr. Strong in ICU No. 3, visitor
16 Joyce Zaic causing disturbance, asked to leave.
17 Call to administration.  Joyce Zaic talking with
18 Helen Vos.  Standing by.  Escorted Joyce Zaic out of
19 building.
20       Did I read that correctly?
21   A.  Yes.
22   Q.  And do you recall that incident in
23 question?
24   A.  That he summarized it.
25   Q.  And when they say Joyce causing

Page 132

1  disturbance, what type of disturbance would they be
2  describing?
3    A.  There was no disturbance.  I have no
4  idea.
5    Q.  And you didn't have any interaction with
6  any MountainView staff or any kind of words with
7  anyone that was an employee?
8    A.  No.
9    Q.  And do you have any idea who asked you to
10 leave or why?
11   A.  No.
12   Q.  And you don't --
13   A.  No.  I don't know.
14   Q.  And you don't remember interacting with
15 any of the nursing staff or anyone else?
16   A.  No.  I might have -- if I remember
17 something vaguely, I think I asked them for a status
18 update on my dad, and they wouldn't give me one.
19   Q.  And then how did it progress --
20   A.  And then they kicked me out.
21   Q.  How did it progress from you asking for a
22 status update to getting kicked out?
23   A.  I don't know.  They wouldn't let me be
24 with my dad.  I have no idea.
25   Q.  No other interaction between you and the

Page 133

1    scheduled for you?
2        A.  They might have -- not as far as I'm
3    aware.  There might not have been one.  They
4    might -- I didn't know of any.  If they set one
5    between themselves, nobody let me know about it.
6        Q.  Let me go ahead and have you go to the
7    next page.  And this is an entry from March 15th,
8    2008.  It says, Received call -- I'm at 10:25.  It
9    says, Received call from PBX that above visitor
10   showed up to visit.  I told her she would have to
11   leave that hospital, that visiting times for her
12   were 10:00 to 10:05 and 1400 to 1405.  She started
13   hollering and swearing at me at the time of
14   extraction.  Report to follow.
15          Do you recall that incident at all?
16       A.  Who was this?
17       Q.  This would have been entered by the
18   security guard.
19       A.  This is the security guard writing this?
20       Q.  Yeah.
21       A.  No.  I didn't have that conversation with
22   the security guard.
23       Q.  Did you have any interaction with the
24   security guard at all on March 15th, 2008?
25       A.  No.  I don't recall.
                                              Page 138

1        Q.  Do you know if you were asked to leave
2    the hospital on March 15th, 2008?
3        A.  I was asked to leave the hospital several
4    times.  I don't recall the dates.  I recall some of
5    the dates but not all of them.
6        Q.  Do you know if you were, quote, hollering
7    and swearing at anyone on that date?
8        A.  It was March 17th.  No, I was not
9    hollering and swearing.
10       Q.  As far as you know, there was no
11   altercations at all on March 15th?
12       A.  No.
13          MR. POTTER:  She said 17th.  I think
14   you're saying 15th.
15          He's talking 17th -- or 15th.
16          THE WITNESS:  No, nothing on the 15th.
17   BY MR. TYLER:
18       Q.  I'm going to have you look at Exhibit D,
19   and that's the nurse charting.  I'm on Bates stamp
20   MVH 24.  And at the -- the top entry is also dated
21   March 15th, 2008.
22          Do you see where I'm at?
23       A.  Yes.
24       Q.  It says, Received report, assessment
25   done.  Sedated, on vent.  Continue with Primacor and
                                              Page 139

1    Levophed infusions.  10:25, daughter Joyce, not
2    during established visiting times.  Security
3    notified.  Before security arrived in ICU, she was
4    very agitated, yelling at desk, demanding that Metro
5    be called, calling nurse a liar about the visitation
6    rules, escorted out of ICU, yelling at security out
7    into the hall.  Heard by other visitors who came out
8    to stand in doorways.
9           Did I read that correctly?
10       A.  Yes.
11       Q.  Again, this is the same date and time as
12   the security guard entry we just looked at.
13          Does this refresh your recollection at
14   all whether anything occurred on the 15th?
15       A.  Yes.  But I thought it was the 16th.
16       Q.  And what did this trigger in your memory
17   as to the occurrence on the 15th?
18       A.  I came, and I went to visit my dad, and
19   this nurse said you're not allowed here.  You're
20   only allowed here certain times or whatever.  And I
21   didn't know what she was talking about.  She
22   wouldn't let me be with my dad, and then they -- I
23   think they called security or I went to Helen Vos, I
24   don't remember.  Something happened, and the next
25   thing I know, security had me in handcuffs out in
                                              Page 140

1    the parking lot.  And the police --
2        Q.  And I don't mean to interrupt you, but I
3    think you may be confusing the 15th and 17th again.
4        A.  Okay.
5        Q.  As far as I know, you were never
6    handcuffed the 15th, but if that's different, please
7    let me know.
8        A.  Okay, I'm confused.  Maybe I'm confusing
9    them again.  So this must -- the Helen Vos thing is
10   another one.  There were so many of them.  She said
11   I'm not allowed here.  I didn't know what she was
12   talking about, and she wouldn't let me be with my
13   dad.
14       Q.  At this point had several people told you
15   that you are not allowed because of -- your
16   visitation is limited at this stage?
17       A.  I think that's -- they kept saying that,
18   and I don't know what they're talking about because
19   it wasn't limited.  Nobody never told me it was
20   limited.
21       Q.  When these nurses kept telling you that
22   you had limited visitation, did you ever follow up
23   on that if you didn't know what they were referring
24   to?
25       A.  I tried to speak to Helen Vos about it,
                                              Page 141

1       Q.  Did you ever make any kind of threats
2   during these phone calls?
3       A.  No.
4       Q.  They say, Making harassing phone calls to
5   administration.
6           Did you place any calls to
7   administration?
8       A.  Helen Vos is administration. I tried to
9   get ahold of her to ask why. I wanted an answer
10  why.
11      Q.  Anybody else in administration you were
12  calling?
13      A.  No.
14      Q.  At this point, were you still using the
15  alias?
16      A.  No.
17      Q.  And this is an entry by the security
18  guard. It says, Verbally abusive towards me on
19  phone.
20          Do you remember talking to the security
21  guard?
22      A.  When I called in to -- when I called the
23  nurse, she transferred me to security. Not the
24  nurse, but I called the -- the operator would pick
25  up and transfer me to security instead of
                                            Page 146

1       Q.  I'm sorry, go ahead.
2       A.  They wouldn't tell me.
3       Q.  Did you have any interactions with
4   anyone, any altercations, any verbal disputes?
5       A.  No. They said because I'm not supposed
6   to be there. I think that's what they said why
7   they're kicking me out. I'm only allowed there five
8   minutes or something. 10:00 and 2:00 or something,
9   like what it says.
10      Q.  Who was it that told you this? The nurse
11  or security?
12      A.  I don't recall.
13      Q.  When you were asked to leave the
14  hospital, did you go under your own volition, or how
15  did that transpire?
16      A.  Security -- security forced me out.
17  Security came into Helen Vos' office --
18      Q.  So security came into your dad's room?
19  Or were you somewhere else on the property?
20      A.  I think I was in Helen Vos' office again.
21  I don't recall.
22      Q.  Okay. So they came to Helen Vos' office,
23  and then did they ask you to leave and you left, or
24  what happened after that?
25      A.  They took orders from Helen Vos, and they
                                            Page 148

1   transferring me to ICU.
2       Q.  But do you remember your conversation
3   with security, though?
4       A.  No.
5       Q.  Do you remember being verbally abusive at
6   all during any of these calls?
7       A.  No. No abusive verbally, no.
8       Q.  Any raised voice or use of profanity?
9       A.  No.
10      Q.  Did you eventually visit the property
11  later that day?
12      A.  What day is this? The 17th?
13      Q.  The 17th.
14      A.  This is around the same time. I
15  believe -- yeah, I think so. I don't recall. I
16  don't know exactly what happened. I think they let
17  me in.
18      Q.  Do you remember being asked to leave at a
19  certain point during your visitation?
20      A.  Yes.
21      Q.  And why -- what is your understanding of
22  why you were asked to leave?
23      A.  I don't know.
24      Q.  Did you have any kind of --
25      A.  They wouldn't tell me.
                                            Page 147

1   told -- I don't recall. Security, they had me in
2   handcuffs, so --
3       Q.  So they go to Helen Vos' office. Were
4   you handcuffed right away? Were you walked out of
5   the hospital? Did you leave on your own? How did
6   you end up getting to that point?
7       A.  I don't recall.
8       Q.  Somebody did handcuff you?
9       A.  I think they followed me out to -- they
10  followed me out. Security followed me out.
11      Q.  They followed you out of the front of the
12  hospital?
13      A.  From the 17th -- yes.
14      Q.  And then what happened from there once
15  you got outside of the hospital?
16      A.  I -- they kept following me. I didn't
17  want them to know what kind of car I drove.
18      Q.  So security followed you to the parking
19  lot?
20      A.  Yes. They're following me out to the
21  parking lot --
22      Q.  At this point there had not been any
23  physical contact with them or altercations?
24      A.  I don't remember. I don't recall.
25      Q.  So you're in the parking lot. What
                                            Page 149

1   pulls you back into the parking lot -- first of all,
2   describe for me how he pulled you back from Tenaya
3   into the parking lot.
4       A.  He handcuffed me in the middle of Tenaya.
5       Q.  Behind your back?
6       A.  Yes.
7       Q.  Do you know if he double locked you?
8       A.  I don't know what that means.
9       Q.  He used regular handcuffs like you've
10  seen before, the metal handcuffs, or did he have zip
11  ties, or do you know?
12      A.  They were handcuffs.
13      Q.  Okay.  He handcuffed you behind your back
14  and took you back into the parking lot, and then
15  what happened?
16      A.  Yes.
17      Q.  What happened after that?
18      A.  He pulled me by my arm in the parking
19  lot, and he forced me to sit down, and then the
20  police arrived or Chris Simms was there, and, you
21  know, he kept pulling my arm up so it was like
22  jerking, and I told Chris Simms, you know, Look,
23  he's doing this.  Make him stop.  You know --
24      Q.  This being Maurice?
25      A.  Yes.  I go, Make him stop.  I said,

Page 154

1   You're his boss.  Make him stop.  You know, I
2   thought he would do the right thing, and he didn't.
3       Q.  And this is while you are sitting on the
4   ground waiting for Metro, he is pulling on your arm?
5       A.  I think so.  He did it when I was
6   standing up and when I was sitting down.
7       Q.  And were you sitting on a curb, or what
8   were you sitting on?
9       A.  No.  There was cement, and then there was
10  grass, and then there was both.
11      Q.  But were you physically sitting on the
12  asphalt or sitting on a curb or the grass or --
13      A.  I remember asphalt, and then I also
14  remember grass; so I remember both.
15      Q.  And did you suffer any kind of injury
16  because of the handcuff?
17      A.  There was bruises.
18      Q.  Did you take any pictures of that?
19      A.  No.
20      Q.  Did you seek any medical treatment for
21  that?
22      A.  No.
23      Q.  And what about with Maurice pulling on
24  your arm?
25      A.  He was pulling on my arm.  He was pulling

Page 155

1   them up, trying to hurt me, like pulling it up.
2       Q.  Did he give you any reason why he was
3   doing that?
4       A.  No.  He didn't talk.  The guy didn't
5   talk.  He was doing that because he wanted to hurt
6   me.
7       Q.  And when Metro arrived, did you tell them
8   that that had occurred?
9       A.  Yes.
10      Q.  And what did Metro say?
11      A.  I said I think my arm is broken.  He kept
12  pulling on it.  He didn't say anything.  He yelled
13  at me.  He said if your arm was broken, you would
14  know it.
15      Q.  This is the Metro officer?
16      A.  Yes.
17      Q.  Describe for me, if you can, the
18  interaction the Metro officer had in chronological
19  order, if he talked to you first or security first
20  and what you remember him saying.
21      A.  He talked to security.  He didn't talk to
22  anybody.  He just said -- I don't remember him -- I
23  don't recall him talking to anybody.  I think he
24  just -- he said, Last time I came, you left.  He was
25  yelling at me, You left the scene last time I was

Page 156

1   called here.
2       And then I think he told them to take the
3   handcuffs off me, I think.  And -- and then he
4   said -- he said -- I think -- he said he is going to
5   have me arrested.  And then he checked, I think the
6   security guard -- the security guard said, We want
7   her arrested.  And he called the police on the
8   phone, whatever, his car, and then he came back and
9   he said, You're lucky I'm not arresting you.
10      I said, I'm supposed to be here.  I'm
11  allowed to be here, you know.  You can call my
12  brothers.  They will tell you I'm allowed to be
13  here.  And my dad is up there in the hospital room,
14  and he's sick, and I just want to be here with him.
15      And he said -- him -- and he said no.  He
16  goes, I don't have any jurisdiction over this
17  hospital.  If they want you kicked out, you have to
18  be kicked out.  I'm not even allowed in this
19  hospital unless they say I'm allowed here.  He goes,
20  And I'm the police.
21      So -- and he threatened me, said he was
22  going to have me arrested, and then I gave him my
23  brothers' phone numbers.  I said to call my
24  brothers.  They're police officers.  They will tell
25  you I'm allowed to be here.  I thought my brothers

Page 157

1  would help me in the situation when I'm going to be
2  arrested.
3       And he said he tried to call one and he
4  couldn't get ahold of one, and the other one he got
5  ahold of, he said.  And my brother told him -- I
6  don't know what he said.  I don't know the
7  conversation between those two.
8       He came back and he said, You're lucky
9  I'm not arresting you.  There's no -- there's no
10  proof of your prior trespassing.
11       Q.  When he said that I had been here before
12  and I missed you, do you know what he was
13  referencing, the Metro officer?
14       A.  No.
15       Q.  Do you have any idea of Metro being
16  called to come arrest you?
17       A.  Maybe one of the previous times when
18  security kicked me out, they might have called.  I
19  don't know.
20       Q.  Any other interaction with the officer at
21  that point?
22       A.  He said if you come back here,
23  we're going to arrest you.  And I got in my car and
24  left.
25       Q.  And at that point they let you go?

Page 158

1       (Whereupon, Exhibit H was
2        marked for identification.)
3  BY MR. TYLER:
4       Q.  This is Bates stamped MVH 35 and MVH 36.
5       MR. POTTER:  Right there at the bottom.
6  BY MR. TYLER:
7       Q.  Have you seen this document before?
8       A.  No.
9       Q.  Are you familiar with trespass cards?
10       A.  No.
11       Q.  Have you ever seen one before?
12       A.  No.
13       Q.  This trespass card on MVH 35 lists your
14  name and date of trespass as 03/17/08 and a time of
15  1520.
16       Did you ever receive this card on that
17  time -- at that date and time?
18       A.  I don't recall.
19       Q.  Is it possible that the officer would
20  have gave you this card at that date and time?
21       MR. POTTER:  Objection; calls for
22  speculation.
23       THE WITNESS:  I don't recall.
24  BY MR. TYLER:
25       Q.  Do you remember anyone discussing a

Page 160

1       A.  That's what I can recall.  There might
2  have been more.  I just don't recall at this time.
3       Q.  Let me show you F, which you already
4  marked.
5       (Whereupon, Exhibit F was
6        marked for identification.)
7  BY MR. TYLER:
8       Q.  This is the actual risk report created by
9  Chris Simms, and at the bottom it says, On Monday,
10  March 17th, 2008, at 1450 hours, I, Chris Simms, was
11  contacted via telephone that visitor Joyce Zaic was
12  causing a disturbance inside the unit, yelling and
13  screaming at the nursing staff.  I advised Security
14  Officer Maurice Daveu to respond to the location.
15  On my arrival nursing staff told me that Maurice had
16  already walked Zaic out of the unit and was heading
17  towards the elevator.
18       Is this your understanding this is the
19  same incident that we have just been discussing?
20       A.  Yes.
21       Q.  And it lists that that occurred
22  approximately 1450 hours.
23       Do you have any reason to dispute that?
24       A.  No.  That's approximate.
25       Q.  Okay.  Let me show you Exhibit H.

Page 159

1  trespass card during the time of your incident on
2  March 17th?
3       A.  I don't know.
4       Q.  As you sit here today, do you know if you
5  were ever given a trespass card on March 17th, 2008?
6       A.  I don't recall.  I don't think I was
7  given a trespass card.
8       Q.  I want you to look again at Exhibit G,
9  and this is another entry by Chris Simms.  I'm on
10  Bates stamp 34, the second page of G.
11       It says, FYI, Joyce Zaic, the visitor
12  that has been causing us so many problems, has been
13  formally trespassed from the property by Metro
14  Police.  Zaic is no longer allowed in the hospital.
15  In the desk drawer on the right-hand side is the
16  original trespass card.  If Zaic happens to show up,
17  do not confront her and call Metro and give the
18  event number on the card to the dispatcher.  If you
19  have any questions, contact me.
20       Did -- was this trespass card ever
21  discussed with you?
22       A.  No.  He has the original.
23       Q.  You were never provided a copy or told
24  that you were being trespassed from the property?
25       A.  No.  I was told -- no.  I was told, Don't

Page 161

1  come back; otherwise, I'm going to arrest you.  No.
2  He said he has the original.
3      Q.  I want you to look now at Exhibit D.  I'm
4  on Bates stamp 25.
5          At the bottom of the page, the last three
6  sentences, it says, Patient family now asking that
7  patient daughter be allowed to visit although last
8  week they were against it.  Explain behavioral
9  limitations that would be expected and reasons why
10 restrictions must remain in place due to hospital
11 liability.
12         Do you see what I'm reading?
13     A.  No.  Where at?
14     Q.  The bottom of page 25.
15     A.  Right, okay.
16         Okay.  So what was the question?
17     Q.  Did I read that correctly?
18     A.  Yes.
19     Q.  Do you recall ever being told that your
20 family had asked that you not be allowed to have
21 visitation?
22     A.  Rephrase that, please.
23     Q.  Did you ever learn that your family had
24 asked that you not be allowed to have visitation?
25     A.  No.  They never asked that.
                                    Page 162

1  trespassing.
2      Q.  And that battery would have been an
3  allegation made by Danielle, not by MountainView?
4  Is that what I'm understanding you are saying?
5      A.  Rephrase that, please.
6      Q.  The battery allegation would have been
7  one forwarded by Danielle, not by MountainView
8  staff?
9      A.  Right.
10     Q.  Do you recall -- you said -- you
11 testified earlier that Jane Thiessen was the primary
12 nurse for your dad that night?  Remember that?
13     A.  Yes.
14     Q.  Do you recall Jane being present in the
15 room during your altercation with your brother and
16 Danielle?
17     A.  Yes.  There was several nurses there.
18     Q.  There are other nurses actually in the
19 room when the incident occurred?
20     A.  No, nothing happened.  No, she was not --
21 can you rephrase that, please?
22     Q.  Do you recall Jane Thiessen being present
23 in the room at the time that your brother and
24 Danielle arrived?
25     A.  No, she was not.
                                    Page 164

1      Q.  Do you maintain that this statement is
2  not accurate?
3      A.  It's not accurate.  I don't know.  No,
4  this didn't happen.
5      Q.  And the reference to restrictions must
6  remain in place on visitation, do you have any idea
7  what that is referring to?
8      A.  No.  This is a nurse.
9      Q.  I want to look again at the security log
10 on Bates stamp 32, which is Exhibit C.
11         It says, Visitor Joyce Zaic arrested for
12 trespassing.  Event No. 28-10.
13         Do you see that?
14     A.  No.
15     Q.  Bates stamps 32 at the bottom.
16     A.  Yes, I see.
17     Q.  Is this the incident that we discussed
18 earlier with your brother and Danielle Pieper?
19     A.  Yes.
20     Q.  Do you recall --
21     A.  No.  This is not.  I wasn't arrested for
22 trespassing.  So no, I don't know what this is.
23     Q.  What is your understanding of why you
24 were arrested then?
25     A.  I was arrested for a battery, not
                                    Page 163

1      Q.  If she testified that she was present,
2  would you consider that an inaccurate statement?
3      A.  Yes.
4      Q.  If Jane Thiessen testified that your
5  brother and Danielle stayed on the other side of the
6  bed and that you went over to your brother, would
7  that be an inaccurate statement?
8      A.  Inaccurate statement, yes.
9      Q.  If she testifies that you went up to your
10 brother and said, "Hit me, hit me," and were trying
11 to goad him, would that be an inaccurate statement?
12     A.  That is inaccurate.  That is false.
13     Q.  Once your brother tackled you and took
14 you to the ground, at what point did you have
15 interaction with security again?
16     A.  When they followed me -- were following
17 me through the hospital and into the elevator.
18     Q.  And at this point they didn't actually
19 have ahold of you or have you handcuffed; is that
20 correct?
21     A.  Correct.
22     Q.  They were just following closely behind
23 you?
24     A.  Yes.
25     Q.  Did they actually use any physical force
                                    Page 165

1    officer and what you referred to as a supervising
2    police officer.
3        Do you remember that?
4        A.  Yes.
5        Q.  So the responding police officer, did he
6    testify at your criminal trial?
7        A.  There were two responding police
8    officers, Frederick and Eager.  One of them
9    testified and the other one didn't.  One of them
10   didn't show up, and the other one did.
11       Q.  Did you -- did you subpoena anyone to
12   your criminal trial to come in and testify?
13       A.  My attorney was handling that.  I
14   personally did not.
15       Q.  Do you know one way or the other if that
16   occurred?
17       A.  I don't know.
18       Q.  Ma'am, at the time that all this took
19   place on the 21st of March, is it fair to say you
20   were not getting along with either of your brothers?
21       A.  We were under extreme pressure.  We were
22   trying to get along because of -- my father was in
23   the hospital.
24       Q.  And it appears now you, at least it
25   seems, made some amends with your brother Steve?
                                              Page 186

1    place?
2        A.  After the -- yes.
3        Q.  Now, there has been some questions
4    regarding your brother and a few things that haven't
5    been addressed, and I'm going to -- I'm going to
6    mark the next exhibit as I, and it's an incident
7    report from March 11th, 2008.
8        Let me pass it down.  I apologize,
9    Counsel, I only have two copies.
10       (Whereupon, Exhibit I was
11        marked for identification.)
12   BY MR. GATES:
13       Q.  Let me have you take a look at that --
14       MR. POTTER:  Are we supposed to pass this
15   on?
16       MR. GATES:  No.
17       MR. POTTER:  It's all on -- it's one
18   exhibit?
19       MR. GATES:  Yes.
20       MR. POTTER:  Go ahead.
21       THE WITNESS:  What was the question?
22   BY MR. GATES:
23       Q.  Go ahead and look at it and tell me if
24   you have ever seen that before?
25       A.  I have never seen this, no.
                                              Page 188

1        A.  Yes.
2        Q.  And when did that occur?
3        A.  Over on and off for years.  It's been
4    going -- we're on and off for years.
5        Q.  Since the events?
6        A.  Since before my father, we've been like
7    that.
8        Q.  Following March --
9        A.  I would say --
10       Q.  -- 21st, 2008, when do you believe that
11   you made first amends with your brother?
12       A.  I would say -- we went to Thanksgiving.
13   We went -- it was either Thanksgiving or Christmas
14   dinner.
15       Q.  That year?
16       A.  I don't recall.
17       Q.  Is your brother still engaged to
18   Danielle Pieper?
19       A.  He says he's not, no.
20       Q.  What did you first learn that?
21       A.  Shortly after.
22       Q.  Shortly after what, ma'am?
23       A.  I don't know.  I don't know.  I just
24   learned it after my father passed.
25       Q.  Did you learn it after the funeral took
                                              Page 187

1        Q.  Ma'am, let me have you turn to page 3 of
2    the incident report.  There is a typed paragraph.
3        Did you call your brother Steve on
4    March 11th, 2008, and tell him that you were
5    breaking up his property and shattering his windows?
6        A.  No.
7        Q.  Did the police ever come and discuss this
8    with you?
9        A.  No.
10       Q.  Ma'am, while your father was in the
11   hospital, did you ever take a key to Steve's house?
12       A.  No.
13       Q.  Let me have you look at the last page of
14   the exhibit, and it's the written statement by your
15   brother Steve.
16       Have you ever seen this statement before?
17       A.  No.
18       Q.  Ma'am, on March 11th, 2008, did you know
19   that Ms. Pieper was living with your brother?
20       A.  He said she was.
21       Q.  When did he tell you that?
22       A.  I don't think he ever told me.  My dad
23   told me.  I don't know.  We knew that when she first
24   moved in.
25       MR. GATES:  Let me mark this next in
                                              Page 189

**Page 222**

1   live at 8625 Highland with you?
2       A.  Steve Zaic.
3           MR. POTTER:  That was his father.
4   BY MR. BENSON:
5       Q.  Oh, excuse me, Steve Frank Zaic, does he
6   still live at 8625 Highland View?
7       A.  Yes, he does.
8       Q.  And do you know where Lewis lives?
9       A.  No.
10          MR. BENSON:  No other questions.
11              FURTHER EXAMINATION
12  BY MR. GATES:
13      Q.  One more, ma'am.  The application for
14  restraining order against Steve that you filed on
15  the 15th of April, on the second page, it says you
16  were employed at Athletic Juice Bar inside 24-Hour
17  Fitness.
18          Did you work there?
19      A.  I never worked there.  That's my --
20          MR. POTTER:  That's where Steve works.
21          THE WITNESS:  You're reading that wrong.
22  BY MR. GATES:
23      Q.  Well, I can't tell because the pages are
24  out of order.
25      A.  That's his --

**Page 223**

1       Q.  Were you --
2       A.  That's his --
3       Q.  Were you employed when you filed that?
4       A.  What was the date?
5       Q.  The 15th of April, 2008.
6       A.  I believe I was.  I think I was still
7   employed.
8       Q.  But you're saying that your brother Steve
9   worked at the juice bar?
10      A.  Yes.
11          MR. GATES:  That's all I have, ma'am.
12  Thank you.
13          (Thereupon the taking of the videotaped
14          deposition concluded at 4:40 p.m.)
15              * * * * *

**Page 224**

1           CERTIFICATE OF DEPONENT
2
3   PAGE    LINE CHANGE    REASON
4   _____
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15              * * * * * *
16          DECLARATION OF DEPONENT
17      I, JOYCE ZAIC, deponent herein, do hereby
    certify and declare the within and foregoing
18  transcription to be my videotaped deposition in said
    action; that I have read, corrected, and do hereby
19  affix my signature to said deposition this _____
    day of _____, 2011.
20
21          _____
22              JOYCE ZAIC
23
24
25

**Page 225**

1           REPORTER'S DECLARATION
2   STATE OF NEVADA  )
                     ) ss.
3   COUNTY OF CLARK  )
4       I, CAMEO L. KAYSER, CCR No. 569,
    declare as follows:
5
        That I reported the taking of the
6   videotaped deposition of the witness, JOYCE ZAIC,
    commencing on Wednesday, May 25, 2011, at 11:10 a.m.
7
        That prior to being examined, the
8   witness was by me duly sworn to testify to the
    truth, the whole truth, and nothing but the truth;
9   that, before the proceedings' completion, the
    reading and signing of the deposition has been
10  requested by the deponent or a party.
11      That I thereafter transcribed my said
    shorthand notes into typewriting and that the
12  typewritten transcript of said videotaped deposition
    is a complete, true, and accurate transcription of
13  said shorthand notes taken down at said time.
14      I further declare that I am not a
    relative or employee of any party involved in said
15  action, nor a person financially interested in the
    action.
16
        Dated at Las Vegas, Nevada this 1st
17  day of June, 2011.
18
19
20
21
22
23          _____
            CAMEO L. KAYSER, RPR, CCR No. 569
24
25