Exhibit E

1   MARQUIS AURBACH COFFING
    CRAIG R. ANDERSON, ESQ.
2   Nevada Bar No. 6882
    JOSHUA L. BENSON, ESQ.
3   Nevada Bar No. 10514
    10001 Park Run Drive
4   Las Vegas, Nevada 89145
    Telephone: (702) 382-0711
5   Facsimile: (702) 382-5816
    canderson@maclaw.com
6   jbenson@maclaw.com
      Attorneys for Defendants LVMPD, Eager & Frederick
7

8                       UNITED STATES DISTRICT COURT

9                           STATE OF NEVADA

10

11   JOYCE ZAIC,                          Case No:    2:10-cv-01814-PMP-LRL

12                  Plaintiff,

13          vs.

14   LAS VEGAS METROPOLITAN POLICE
     DEPARTMENT, a political subdivision of the
15   STATE OF NEVADA; DANIELLE PIEPER,
     individually; B. EAGER, P#6189, individually
16   and in his official capacity as a police officer; T.
     FREDERICK, P#9793, individually and in his
17   official capacity as a police officer; SUNRISE
     MOUNTAIN VIEW HOSPITAL, INC.; NEAL,
18   a security guard for MOUNTAIN VIEW
     HOSPITAL; CHRISTOPHER SIMMS, security
19   guard for MOUNTAIN VIEW HOSPITAL;
     JOHN DOES I through X and ROE
20   INSTITUTIONS I through X, inclusive,

21                  Defendants.

22   **DEFENDANTS LAS VEGAS METROPOLITAN POLICE DEPARTMENT, B. EAGER**
     **AND T. FREDERICK'S REQUESTS FOR ADMISSIONS TO DEFENDANT DANIELLE**
23                          **PIEPER**

24          Pursuant to FRCP 36 Defendants, by and through their attorney of record, Craig R.

25   Anderson, Esq. and Joshua L. Benson, Esq., of the law firm of Marquis Aurbach Coffing, hereby

26   request that Defendant Danielle Pieper respond in writing and serve upon the undersigned

27   counsel for Defendants, within thirty (30) days of the date of service thereof, her responses to

28   this Request for Admissions set forth below.

                    Page 1 of 3 M&A:05166-451 1290843_1.DOC 3/16/2011 3:12 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## ADMISSIONS

**REQUEST NO. 1:**

Admit that the Voluntary Statement attached hereto as Exhibit 1 is a true, correct and authentic copy of the Voluntary Statement regarding the incident described in Plaintiff's Complaint.

**REQUEST NO. 2:**

Admit that signed the document attached hereto as Exhibit 1.

DATED this 16th day of March, 2011.

MARQUIS AURBACH COFFING

By _____
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Joshua L. Benson, Esq.
Nevada Bar No. 10514
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants LVMPD, Eager &
Frederick

Page 2 of 3 M&A:05166-451 1290843_1.DOC 3/16/2011 3:12 PM

<u>CERTIFICATE OF MAILING</u>

I hereby certify that on the 16th day of March, 2011, I served a copy of the foregoing *DEFENDANTS LAS VEGAS METROPOLITAN POLICE DEPARTMENT, B. EAGER AND T. FREDERICK'S REQUESTS FOR ADMISSIONS TO DEFENDANT DANIELLE PIEPER* upon each of the parties by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

Cal J. Potter, III, Esq.
John C. Funk, Esq.
Potter Law Offices
1125 Shadow Lane
Las Vegas, Nevada 89102
*Attorney for Plaintiff*

Raymond R. Gates, Esq.
Anthony D. Lauria, Esq.
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA 95833
*Attorneys for Defendant Pieper*

Michael E. Prangle, Esq.
Hall, Prangle & Schoonveld, LLC
777 North Rainbow Blvd., Ste. 225
Las Vegas, Nevada 89107
*Attorneys for Defendant Sunrise Hospital*

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

_____
An employee of Marquis Aurbach Coffing

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Page 3 of 3 M&A:05166-451 1290843_1.DOC 3/16/2011 3:12 PM

# EXHIBIT 1

Page __1__ of __2__

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**VOLUNTARY STATEMENT**

Event # 080321-2310

THIS PORTION TO BE COMPLETED BY OFFICER

Specific Crime: BATTERY
Location of Occurrence: 3100 N TENEYA LV NV 89129

Date Occurred: 3-21-08
Time Occurred: 2020
Sector/Beat: V6
☒ City ☐ County

Your Name (Last / First / Middle): Pieper / Danielle / K
Date of Birth: 5/16/72
Race: Asian  Sex: F  Height: 5'3  Weight: 120  Hair: Brown  Eyes: Brown
Work Schdl. (Hours): M-F  (Days Off): Sat/Sun
Residence Address: (Number & Street)  Bldg./Apt.# City  State Zip Code
Res. Phone:
Bus. Phone: 671-2675
Bus. (Local) Address: (Number & Street): 200 Lewis Ave  Bldg./Apt.# City  State Zip Code: LV NV 89101
Occupation:
Depart Date (if visitor):
Best place to contact you during the day: work
Best time to contact you during the day: ANY
Can You Identify the Suspect? ☒ Yes ☐ No

DETAILS: On March 21, 2008 at approximately 8:15 pm. I went w/ my fiancé, Steve Zaic, to Mt. View Hospital to visit his father, Frank Zaic, in the ICU. I walked into his room and Steve's sister, Joyce Zaic, yelled out, "who the fuck is that, Steve." Steve said, "Joyce, calm down that's my fiancée Dani." Joyce then said, "She needs to get the fuck out of the room, I only want family in here." Steve said, "calm down, Joyce". Joyce then came up to me as I was standing on the side of Frank's bed. She was about 2ft. from my face and said, "get the fuck out of the room, you don't belong here". I then looked at her. She again said, "get the fuck out of the room, you don't belong here." I continued to look at her, then she said, ssa "get that →

I HAVE READ THIS STATEMENT AND I AFFIRM TO THE TRUTH AND ACCURACY OF THE FACTS CONTAINED HEREIN. THIS STATEMENT WAS COMPLETED AT (LOCATION) 3100 N TENEYA
ON THE 21 DAY OF MARCH AT 930 (AM / PM) 2008.
Witness/Officer: (signature)
Witness/Officer: B. EDGAR (PRINTED)  P# 6189
X (signature of person giving statement)
LVMPD 85 (REV. 5-00)

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**VOLUNTARY STATEMENT CONTINUATION**

Page 2 of 2

Event #: 080321-2810

"fuchen smile off your face". The whole time
she is doing yelling at me. She's pointing
her finger in my face. Then she comes
right up to my face and draws back her
breath and I see spit in her mouth. She then
is about to spit on me and I turn my
head. Then she pushes me on the left shoulder
and I step back and then she says,
"get the fuck out... you all not family".
then I turn away from her and I
feel a blow to the left side right side of
my neck, and I realized that she hit
me. Steve then comes around the bed and
gets in between myself and Joyce. I am
cornered b/w Steve's father's bed and Steve
in front of me. Joyce is screaming, "get
her the fuck out of the room" The whole
time she is yelling she is trying to get
to me by lunging and pushing past Steve.
She looked like a wild dog that had rabies.
She's pointing her finger and yelling, "get the
fuck out"... She continues to lunge at
me and Steve pushes her back and she
falls to the ground and so yells. The
nursing staff comes over and we waited
for metro

Witness: _____

Witness: _____ BALGAR 6189

SIGNATURE OF PERSON GIVING STATEMENT

_Danielle Piper_
PRINT NAME OF PERSON GIVING STATEMENT

LVMPD 88 (REV. 3-91)

1  Raymond R. Gates, Nevada Bar No. 5320
   Anthony D. Lauria, Nevada Bar No. 4114
2  LAURIA TOKUNAGA
   GATES & LINN, LLP
3  1755 Creekside Oaks Drive, Suite 240
   Sacramento, CA 95833
4  Tel: (916) 492-2000
   Fax: (916) 492-2500
5

6  Attorneys for Defendant DANIELLE K. PIEPER

7               UNITED STATES DISTRICT COURT

8                   STATE OF NEVADA

9                      * * * * *

10  JOYCE ZAIC,                    )    CASE NO.  2:10-cv-01814-PMP-LRL
                                   )
11          Plaintiff,             )
                                   )
12  vs.                            )
                                   )
13  LAS  VEGAS  METROPOLITAN  POLICE)
    DEPARTMENT,  a  political  subdivision  of  the)
14  STATE   OF   NEVADA;   DANIELLE   PIEPER,)
    individually  and  in  her  official  capacity  as  a)
15  deputy  district  attorney;  B.  EAGER,  P#6189,)
    individually  and  in  his  official  capacity  as  a)
16  police   officer;   T.   FREDERICK,   P#9793,)
    individually  and  in  his  official  capacity  as  a)
17  police   officer;   SUNRISE   MOUNTAIN   VIEW)
    HOSPITAL,  INC.;  NEAL,  security  guard  for)
18  MOUNTAIN  VIEW  HOSPITAL;  JOHN  DOES  I)
    through  X  and  ROE  CORPORATIONS  I  through)
19  X, inclusive,, et al.,            )
                                   )
20          Defendants.            )

21  _____

22  DEFENDANT DANIELLE PIEPER'S RESPONSE TO DEFENDANTS

23  LAS VEGAS METROPOLITAN POLICE DEPARTMENT, B. EAGER AND

24  T. FREDERICK'S REQUESTS FOR ADMISSIONS

25      COMES NOW Defendant, DANIELLE PIEPER and hereby responds to

26  Defendants, Las Vegas Metropolitan Police Department, B. Eager and T. Frederick's,

27  Request for Admissions as follows:

28  **REQUEST NO. 1:** Admit that the Voluntary Statement attached hereto as Exhibit 1 is a

29  true, correct and authentic copy of the Voluntary Statement regarding the incident

30  described in Plaintiff's Complaint.

- 1 -

Route to: _C R A - JCB_
File No.: _51lole - 451_
Amicus: _____
Calendared by: _____

**RESPONSE TO REQUEST NO. 1:** Admit.

**REQUEST NO. 2:** Admit that (sic) signed the document attached hereto as Exhibit 1.

**RESPONSE TO REQUEST NO. 2:** Admit.

Dated:      April 8, 2011

**LAURIA TOKUNAGA**
**GATES & LINN, LLP**

By _Paul A. Gudino #8394 for_
        RAYMOND R. GATES
        Nevada Bar No. 5320

Reply To:        1755 Creekside Oaks Drive, Suite 240
                 Sacramento, CA 95833
                 (916) 492-2000
                 Attorneys for Defendant DANIELLE K.
                 PIEPER

                 Nevada Office:
                 601 South Seventh Street
                 Las Vegas, NV 89101

- 2 -

**CERTIFICATE OF MAILING**

  Pursuant to NRCP 5(b), I certify that the forgoing DEFENDANT DANIELLE PIEPER'S RESPONSE TO DEFENDANTS LAS VEGAS METROPOLITAN POLICE DEPARTMENT, B. EAGER AND T. FREDERICK'S REQUESTS FOR ADMISSIONS was served by mailing a copy thereof, first class mail, postage prepaid, on the _8th_ day of April, 2011, addressed as follows:

John C. Funk, Esq.
Potter Law Offices
1125 Shadow Lane
Las Vegas, NV 89102

Casey W. Tyler, Esq.
Hall Prangle & Schoonveld, LLC
777 N. Rainbow Blvd., Ste. 225
Las Vegas, NV 89101

Joshua Benson, Esq.
Marquis and Aurbach
10001 Park Run Drive
Las Vegas, NV 89145
T: (702) 382-0711; F: (702) 856-8912

           _____
           an employee of Lauria Tokunaga
           Gates & Linn, LLP
           1169/6164