UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOYCE ZAIC, | 2:10-CV-01814-PMP-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the STATE OF NEVADA; DANIELLE PIEPER, individually, B. EAGER, P#9793, individually and in his official capacity as a police officer; SUNRISE MOUNTAIN VIEW HOSPITAL, INC.; NEAL, a security guard for MOUNTAIN VIEW HOSPITAL; INC.; NEAL, a security guard for MOUNTAIN VIEW HOSPITAL; CHRISTOPHER SIMMS, security guard for MOUNTAIN VIEW HOSPITAL. | |
| Defendants. | |

Before the Court for consideration is Defendants' Las Vegas Metropolitan Police Department, Officer Eager and Officer Frederick's Motion for Summary Judgment (Doc. #83) filed September 23, 2011. Although advised of the obligation to do so in a timely manner, Plaintiff Zaic, has failed to file an opposition to Defendants' Motion. As a result, Plaintiff consents to the granting of Defendants' Motion for Summary Judgment. Additionally, a review of Defendants' Motion shows Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED that** Defendants' Las Vegas Metropolitan Police Department, Officer Eager and Officer Frederick's Motion for Summary Judgment (Doc. #83) is **GRANTED** and the Clerk of Court shall forthwith enter judgment in favor Defendants' Las Vegas Metropolitan Police Department, Officer Eager and Officer Frederick's and against Plaintiff Joyce Zaic.

DATED: October 18, 2011.

PHILIP M. PRO
United States District Judge